| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT<br>CASE TYPE:  CIVIL OTHER/MISC. |

| | |
|---|---|
| Nestor Dutan,<br><br>             Plaintiff,<br><br>     v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services LLC, and LendingClub Corporation,<br><br>             Defendants. | Court File No.:  Unfiled<br><br><br>**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT** |

TO:

| | |
|---|---|
| Clerk of the Court<br>Fourth Judicial District<br>300 South 6th Street<br>Minneapolis, MN  5547 | David J. Madgett<br>Catrina E. Smith<br>MADGETT & KLEIN, PLLC<br>333 South Seventh Street, Suite 2450<br>Minneapolis, MN  55402<br>Catrina.smith@madgettlaw.com<br>dmadgett@madgettlaw.com |

PLEASE TAKE NOTICE that on December 27, 2021, Defendant Equifax Information Services LLC will file a Notice of Removal with the Clerk of the United States District Court for the District of Minnesota, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  A true and correct copy of that Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

78011628v.1

DATED:  December 27, 2021	Respectfully submitted,

**MESSERLI & KRAMER P.A.**

By: */s/ Jacob W. Elrich*
    Terrance J. Wagener (#213676)
    Jacob W. Elrich (#399470)
    1400 Fifth Street Towers
    100 South Fifth Street
    Minneapolis, MN 55402
    Telephone: (612) 672-3600
    Facsimile:  (612) 672-3777
    twagener@messerlikramer.com
    jelrich@messerlikramer.com

    *Attorneys for Defendant*
    *Equifax Information Services LLC*

| | |
|---|---|
| **From:** | efilingmail@tylerhost.net |
| **Sent:** | Monday, December 27, 2021 2:48 PM |
| **To:** | Jamie L. Baumgart |
| **Subject:** | EFILING SUBMITTED Case 20270193 |

**EXTERNAL EMAIL**



**This message was automatically generated. Do not reply to this e-mail.**

Your submission in case 20270193, has been successfully submitted.

Envelope Number: 20270193
Filing Code: Notice of Removal to Federal Court
Filing Type: EFile
Filing Description: Notice of Removal
Date Submitted: 12/27/2021 2:47 PM CST

The link above will remain active for 30 days from the date of acceptance of the eFiling. If that link is not accessible, copy this URL into your browser's address bar to view the document:
https://minnesota.tylerhost.net/ViewDocuments.aspx?FID=cdd0e1c6-1039-43e1-941d-444c0d7ea6c7

If you have a question about this email or need application support using Minnesota's eFile & eServe (eFS) system, please contact the MN eFile Support Center.

Minnesota eFile Support Center

- Business Hours:  Monday – Friday from 8:30 am – 4:30 pm (CT) except Court Holidays.
- Email via mncourts.gov website: http://www.mncourts.gov/eFS-Support
- Phone:  612-902-9585 or 1-844-918-1724 (if calling long distance from a landline phone)

Minnesota Judicial Branch Disclaimer: This is an official government communication. As the recipient, you are responsible for the lawful use of this information. This e-mail and any attachments are intended solely for the individual or agency to which they are addressed. They may be confidential and/or contain privileged or otherwise non-public information. Do not disseminate this e-mail and any attachments unless you are authorized to do so under applicable court rules or statutes. If you are not the intended recipient of this e-mail, do not copy, distribute, or take any action in reliance upon this e-mail or any attachments and delete this e-mail and any attachments immediately. If you received this e-mail in error, please notify us immediately at 1-800-297-5377. Thank you. Please consider the environment before printing this e-mail.