# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nestor Dutan<br>*Plaintiff,*<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Equifax Information Services, LLC, LendingClub Corporation<br>*Defendants.* | Case No.: 21-cv-02746-KMM-DTS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Services, Inc. ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Notice of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two to three weeks.

Dated: January 2, 2022

                              **MADGETT & KLEIN, PLLC**

                              s/ David J.S. Madgett
                              David J.S. Madgett (#0390494)
                              333 S 7th St #2450
                              Minneapolis, MN 55402
                              (612) 470-6529
                              dmadgett@madgettlaw.com

                              ATTORNEY FOR PLAINTIFF