# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nestor Dutan, | Judge Kate M. Menendez |
| | Magistrate Judge David T. Schultz |
| Plaintiff, | |
| | CASE NO. 0:21-cv-02746-KMM-DTS |
| v. | |
| | **NOTICE OF DISMISSAL** |
| Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, and LendingClub Corporation, | **WITH PREJUDICE OF LENDING CLUB CORPORATION** |
| Defendants. | |

## NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF LENDINGCLUB CORPORATION

Plaintiff and Defendant LendingClub Corporation ONLY have settled all claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Defendant LendingClub Corporation.

Dated: January 26, 2022

**MADGETT LAW**
/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF