UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NESTOR DUTAN,<br><br>                Plaintiff,<br><br>        v.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and LENDING CLUB CORPORATION,<br><br>                Defendants. | Court File No.  0:21-cv-02746<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STATUS REPORT** |

In compliance with the Court's Order entered on June 28, 2022 [ECF No. 28], Defendant Equifax Information Services, LLC ("Equifax") informs the Court that Equifax and Plaintiff Nestor Dutan have settled this matter and finalized the settlement documents. Equifax has prepared a stipulation of dismissal, with prejudice, and submitted the draft to Plaintiff Nestor Dutan for review and approval.  Plaintiff has yet to approve, but Equifax will promptly file the stipulation upon Plaintiff's approval.

78273403v.1

DATED:  July 6, 2022

Respectfully submitted,

MESSERLI & KRAMER P.A.

By: */s/ Jacob W. Elrich*
    Terrance J. Wagener (#213676)
    Jacob W. Elrich (#399470)
    1400 Fifth Street Towers
    100 South Fifth Street
    Minneapolis, MN 55402
    Telephone:  (612) 672-3600
    Facsimile:  (612) 672-3777
    twagener@messerlikramer.com
    jelrich@messerilkramer.com

*Counsel for Defendant*
*Equifax Information Services LLC*

78273403v.1