UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nestor Dutan,<br><br>               Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Services, LLC, Equifax Information Services, LLC and LendingClub Corporation,<br><br>               Defendants. | Case No.:  21-CV-02746 (KMM/DTS)<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S STATUS REPORT** |

In compliance with the Court's Order dated June 28, 2022 [ECF No. 28], Defendant Experian Information Solutions, Inc. ("Experian") hereby informs the Court that Experian and Plaintiff Nestor Dutan have settled this matter and have executed the settlement documents, but will require additional time to carry out the remaining tasks related to settlement and, then, to file a stipulation for dismissal.  Experian anticipates that the remaining tasks will be completed soon.

| | |
|---|---|
| Dated:  July 6, 2022 | **/s/ Gregory J. Myers** |
| | Gregory J. Myers, MN #0287398 |
| | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone:   (612) 339-6900 |
| | Facsimile:    (612) 339-0981 |
| | gjmyers@locklaw.com |
| | |
| | Jules H. Cantor |
| | (*pro hac vice*) |
| | **JONES DAY** |
| | 77 West Wacker Drive |
| | Chicago, IL 60601-1692 |
| | Telephone:  (312) 782-3939 |
| | Fax:  (312) 782-8585 |
| | jcantor@jonesday.com |
| | |
| | **ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |