UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO.  0:21-cv-02746-KMM-DTS

_____

| | |
|---|---|
| NESTOR DUTAN, | Judge Katherine M. Mendez |
| Plaintiff, | Magistrate Judge David T. Schultz |
| vs. | |
| TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and LENDINGCLUB CORPORATION; Defendants. | |

_____

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

_____

Plaintiff, Nestor Dutan, *pro se*, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action.  Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.  Accordingly, unless otherwise directed by the Court, Trans Union does not intend to participate in the Initial Pretrial Conference on October 11, 2022, at 11:00 a.m.

Respectfully submitted,

Date: September 30, 2022

/s/ Nestor Dutan (with consent)
Nestor Dutan
2401 Chicago Ave., Apt. #204
Minneapolis, MN 55404

*Pro Se Plaintiff*

Date: <u>September 30, 2022</u>    <u>/s/ Warren F. Cangany</u>
Warren F. Cangany, Esq. (IN #36656-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 136
Fax:  (317) 363-2257
E-Mail:  wcangany@schuckitlaw.com

*Counsel for Defendant TransUnion LLC*

Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Direct:  (612) 902-2750
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
E-Mail:  asieben@fisherbren.com

*Counsel for Defendant TransUnion LLC*

_____
## CERTIFICATE OF SERVICE
_____

I hereby certify that on **September 30, 2022**, I caused the following documents:

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| **Pro Se Plaintiff**<br>2401 Chicago Ave., Apt. 204<br>Minneapolis, MN 55404 | |

Dated:  September 30, 2022

/s/ *Warren F. Cangany*
Warren F. Cangany, Esq. (IN #36656-49)
   (admitted *Pro Hac Vice*)

*Counsel for Defendant TransUnion LLC*