# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nestor Dutan, | Case No. 21-CV-2746 (KMM/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Trans Union, LLC, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant Trans Union, LLC Only filed on October 18, 2022 (ECF No. 44), IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party, as to Trans Union, LLC only.

Date: October 19, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge